**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 1:16-CR-00120-WSD-3**

**BRANDON ALLEN**

**Defendant's Attorney**
**Mark R. Jeffrey**

---

**JUDGMENT IN A CRIMINAL CASE**
**(For Offenses Committed On or After November 1, 1987)**

The defendant pleaded guilty to Count 1 of the First Superseding Indictment.

Accordingly, the defendant is adjudged guilty of such count which involves the following offense:

| Title & Section | Nature of Offense | Count No. |
|---|---|---|
| 18 U.S.C. § 371 | Conspiracy | 1 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts 2s and 31s through 34s are dismissed pursuant to Standing Order No. 07-04.

It is ordered that the defendant shall pay to the United States a special assessment of **$100.00**, which shall be due immediately.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Social Security Number: xxx-xx-5985
Defendant's Date of Birth: 1989
Defendant's Mailing Address:
Atlanta, Georgia 30315

Date of Imposition of Sentence: February 22, 2017

Signed this 23rd day of February, 2017.

WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE

**IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **EIGHTEEN (18) MONTHS**.

The Court recommends the defendant be incarcerated at a facility as close as possible to Atlanta, Georgia, that offers vocational opportunities in the construction trade (e.g., plumbing, HVAC, electrician) and college courses.

The defendant shall voluntarily surrender to the United States Marshal or report as directed by the United States Marshal to the designated facility for service of the defendant's sentence.

**RETURN**

I have executed this judgment as follows:

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

Defendant delivered on _________________________ to ________________________________________

at ____________________________________________, with a certified copy of this judgment.

________________________________________
UNITED STATES MARSHAL

By: ____________________________________
Deputy United States Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **THREE (3) YEARS**.

Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

**As a condition of supervised release, the defendant shall be placed on Home Confinement with location monitoring for EIGHT (8) MONTHS**. The defendant shall abide by all requirements of the home confinement program.

During home confinement, the defendant will be restricted to his residence from **10:00 p.m. until 6:00 a.m.**, unless a medical or similar emergency requires him to leave. If he leaves, he must report his departure to his probation officer within **six (6) hours** of departure. During the period **6:00 a.m. to 10:00 p.m.**, the defendant may leave his home for the following: to work, attend religious services, for medical reasons including substance abuse or mental health treatment, to visit with his lawyer, court appearances, and other court-ordered obligations and other activities pre-approved by his probation officer.

While on supervised release, the defendant shall comply with the standard conditions that have been adopted by this Court, and shall comply with the following additional conditions:

## SPECIAL CONDITIONS

The defendant shall not unlawfully possess a controlled substance.

The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.

Pursuant to 42 U.S.C. § 14135a(d)(1) and 10 U.S.C. § 1565(d), which require mandatory DNA testing for federal offenders convicted of felony offenses, the defendant shall cooperate in the collection of DNA as directed by the probation officer.

The defendant shall not own, possess, or have under his control any firearm, dangerous weapon, or other destructive device.

The defendant shall submit to a search of his person, property (real, personal, or rental), residence, office, and/or vehicle, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition. The defendant shall permit confiscation and/or disposal of any material considered contraband or any item which may be deemed to have evidentiary value related to violations of supervision.

The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the probation officer, and if able, contribute to the cost of services for such treatment.

The defendant shall participate in a cognitive behavior therapy program under the guidance and supervision of the probation officer, and if able, contribute to the cost of services for such treatment.

The defendant shall make a full and complete disclosure of finances and submit to an audit of financial documents, at the request of the probation officer.

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer and unless the defendant is in compliance with the installment payment schedule.

**STANDARD CONDITIONS OF SUPERVISION**

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state, or local crime. In addition:

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other reasons;

6. The defendant shall notify the probation officer within 72 hours of any change in residence or employment;

7. The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of contraband observed in plain view by the probation officer;

11. The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant’s criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant’s compliance with such notification requirement.

**FINE**

The Court waives the fine and cost of incarceration.

## RESTITUTION

Restitution is due and payable immediately. The defendant shall make restitution payments from any wages he may earn in prison in accordance with the Bureau of Prisons Financial Responsibility Program. If restitution is not paid in full at the time of defendant's release, payment shall become a condition of supervised release to be paid at a monthly rate of at least $150.00, plus 25% of gross income in excess of $2,500.00 per month. The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

The defendant shall make total restitution in the amount of **$125,316.50** payable to the United States Clerk's Office for distribution to The Kroger Company. Restitution shall be joint and several with Trenell King, Ishmail Abdullah, Brandon Kelly, and Jonathan Rucker.

| **Name of Payee** | **Amount of Restitution** |
|---|---|
| The Kroger Company<br>K.C.R.C. – MAILSTOP 44010-006A<br>PO Box 30650<br>Salt Lake City, Utah 84130-0650 | $125,316.50 |